01
02
03
04
05
06

07                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09  NANCY ELIZABETH YOUNG,            )
                                       )   CASE NO. C13-01991-RAJ-MAT
10         Plaintiff,                  )
                                       )
11         v.                          )
                                       )   REPORT AND RECOMMENDATION
12  CAROLYN W. COLVIN, Acting          )
    Commissioner of Social Security,   )
13                                     )
           Defendant.                  )
14  _____    )

15      Plaintiff brought this action to seek judicial review of the denial of an application for

16  disability benefits by the Commissioner of the Social Security Administration.  The parties

17  now stipulate this case should be reversed and remanded for further proceedings.  (Dkt. 22.)

18      Based on the stipulation of the parties, the Court recommends this case be REVERSED

19  and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to

20  sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative law judge (ALJ) shall:

21  (1) hold a de novo hearing and issue a new decision; (2) further consider the opinion evidence

22  of record, particularly the opinion of Belinda Gustafson, M.D.; (3) reassess plaintiff's

REPORT AND RECOMMENDATION
PAGE -1

maximum residual functional capacity; (4) if warranted, obtain supplemental vocational expert evidence to assist in determining whether plaintiff can perform the physical and mental demands of her past relevant work or other work in the national economy on a sustained basis; and (5) if plaintiff is found disabled, conduct the further proceedings required to determine whether drug addiction and/or alcoholism are contributing factors material to the determination of disability.  The parties further agree that the ALJ will take any other actions necessary to develop the record, and that plaintiff may submit additional evidence and arguments to the ALJ on remand.

The Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A proposed order accompanies this Report and Recommendation.

DATED this <u>6th</u> day of August, 2014.

/s/ Mary Alice Theiler
Mary Alice Theiler
Chief United States Magistrate Judge