UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NANCY ELIZABETH YOUNG,           ) | |
|                                                         ) | CASE NO. C13-1991-RAJ |
|          Plaintiff,                                 ) | |
|                                                         ) | |
|          v.                                          ) | |
|                                                         ) | ORDER OF REMAND |
| CAROLYN W. COLVIN, Acting   ) | |
| Commissioner of Social Security,  ) | |
|                                                         ) | |
|          Defendant.                              ) | |
| _____  ) | |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. Dkt. # 22. The court ADOPTS the Report and Recommendation (Dkt. # 23, "R&R") of the Honorable Mary Alice Theiler, which recommends that the court adopt the stipulation. Pursuant to sentence four of 42 U.S.C. § 405(g), the court REVERSES and REMANDS this case for further administrative proceedings consistent with the R&R.

The clerk shall enter judgment for Plaintiff and ensure that Judge Theiler receives notice of this order.

Dated August 7, 2014

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF REMAND
PAGE -1